IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>THE WEINBERG GROUP,<br><br>　　　　　　　Respondent. | Civil Action No: 1:11-mc-00030-CKK-JMF |

## NOTICE OF APPELLATE DECISION IN ECUADOR

　　Chevron Corporation ("Chevron") hereby notifies the Court that on January 3, 2012, a panel of substitute judges presiding in the Provincial Court of Sucumbíos, Ecuador, affirmed in full the fraudulent $18.2 billion judgment rendered against Chevron by a permanent judge of the same court on February 14, 2011.  *See* Exhibit A.  As previously noted, the judgment relied in part on the work product of "cleansing expert reports" filed by the Ecuadorian plaintiffs with the active assistance of The Weinberg Group.

　　This decision by the Ecuadorian appellate panel increases significantly the risk that the plaintiffs will seek to enforce the $18.2 billion judgment in jurisdictions around the globe, thus increasing Chevron's need for the discovery sought here.  This discovery is also vital to Chevron's case in the international arbitration *Chevron Corp. and Texaco Petroleum Co. v. the Republic of Ecuador*, PCA Case No. 2009-23.

Date:  January 12, 2012　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Peter E. Seley
　　　　　　　　　　　　　　　　　　　　　　Peter E. Seley, Esq. (D.C. Bar No. 440936)

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
T: (202) 887-3689
F: (202) 530-9594
E: PSeley@gibsondunn.com

Andrea E. Neuman, Esq. (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193
T: (212) 351-4000
F: (212) 351-4035
E: aneuman@gibsondunn.com

Attorneys for Applicant
CHEVRON CORPORATION